\# 421215

# UNITED STATES DISTRICT COURT

RECEIVED
01 DEC -3 PM 2:47

## District of Minnesota

Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

Case Number: 01-2106 RHK/SRN Case Title: United Transportation Union v. Soo Line R.R.

### Affidavit of Movant

I, Gregory T. Yaeger, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Clinton J. Miller III an attorney admitted to practice in the Northern District of Ohio, but not admitted to the bar of this court, who will be counsel for the (XX)plaintiff ( )defendant ~~Soo Line Railroad Co.~~ in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

[signature] Signature — 170744 MN Attorney License # — 12/3/01 Date

### Affidavit of Proposed Admittee

I, Clinton J. Miller, III, am currently a member in good standing of the U.S. District Court for the Northern District of Ohio, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Clinton J. Miller, III — Type/Print Name
[signature] — Signature
November 30, 2001 — Date

Attorney License Number: 0012388 (Ohio)

Law Firm Name & Address: General Counsel, United Transportation Union
14600 Detroit Avenue
Cleveland, OH 44107

Telephone: (216) 228-9400

Motion Granted: [signature]
For the Court: Richard D. Sletten, Clerk

DEC 04 2001
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

FILED DEC 04 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________