**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**United Transportation Union,**

**Plaintiffs,**

**v.**

**Soo Line Railroad Company,**

**Defendants.**

**Civil No. 01-2106 RHK/SRN**

**ORDER OF RECUSAL**

---

Pursuant to the provisions of 28 U.S.C. §455(a), the undersigned hereby recuses herself in this matter. By separate notice, the parties will be advised by the Clerk of Court as to the new Magistrate Judge on this matter.

DATED: December 10, 2001

Susan Richard Nelson

SUSAN RICHARD NELSON
United States Magistrate Judge

FILED DEC 10 2001
Richard D. Sletten, CLERK
Judgment Ent'd. ____________
Deputy Clerk's Initials ______

United Transportation Union

vs. 01-cv-2106RHK/FLN

Soo Line Railroad Company

The above-entitled matter has been re-assigned to Magistrate Judge Franklin L. Noel pursuant to an Order of Recusal by Magistrate Judge Susan Richard Nelson. Please note the change in the Magistrate Judge's initials and refer to them when submitting documents to the court for filing.

Please also note the Judge remains the same.