UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED TRANSPORTATION UNION
14600 Detroit Avenue
Cleveland, Ohio 44107,

Plaintiff,

vs.

SOO LINE RAILROAD COMPANY,
501 Marquette Avenue
Minneapolis, Minnesota 55402,

Defendant.

File No. 01-CV-2106 RHK/SRN

**ORDER**

This case having been resolved by agreement of the parties and by a stipulation to its dismissal,

IT IS HEREBY ORDERED that this matter is dismissed, with prejudice, each party to bear its own costs and attorney's fees.

BY THE COURT:

Dated: 3/22, 2002

Richard H. Kyle
U.S. District Court Judge

2272232v1

FILED OCT 23 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK